[No. 18715-5-I.   Division One.   May 16, 1988.]

LAURIE SIMON, *as Administratrix, Appellant,* v. JAMES O. WILKEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-02748-5, Dennis J. Britt, J., entered June 25, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Webster, JJ.

[No. 20937-0-I.   Division One.   May 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM ORR SWAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03828-9, Anne L. Ellington, J., entered June 20, 1986. *Reversed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 18973-5-I.   Division One.   May 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KIN RELEFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01441-8, Lloyd W. Bever, J., entered August 1, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Winsor, JJ.